```
1  CRAIG A. BARBAROSH #160224
   CATHERINE D. MEYER #89374
2  NADINE J. YOUSSEF #207209
   PILLSBURY WINTHROP LLP
3  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
4  Phone: (213) 488-7100
   Fax: (213) 629-1033
5
6  Counsel to Secured Creditor
   GMAC COMMERCIAL CREDIT LLC
7
```

FILED
DEC - 6 2002
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
DEC - 9 2002
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In Re:

Aviation Distributors, Inc.,

        Debtor.

Case No.   SA 02-17605 RA

CHAPTER 7

[PROPOSED] ORDER ON MOTION OF GMAC COMMERCIAL CREDIT LLC FOR ORDER TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE.

[11 U.S.C. §554(b); Fed. R. Bankr. P. 6007(b); Local Bankr. R. 9013-1(g)(1)(B)]

[No Hearing Required]

20414728v1

On October 29, 2002 and October 30, 2002, GMAC Commercial Credit LLC ("GMACCC") filed and served its Motion for Order to Compel Abandonment of Property of the Estate (the "Motion) without a hearing pursuant to Local Bankruptcy Rule 9013-1(g)(1)(B).

Pursuant to the requirements of Local Bankruptcy Rule 9013-1(g)(1), more than fifteen (15) days have passed since the Motion was filed and served, and no opposition was received by this Court.

Therefore, the Court, having read and considered all the pleadings and papers filed in support of the Motion, finding notice of the hearing on the Motion to be proper, and finding good and just cause, HEREBY ORDERS and DECREES as follows:

1. The Motion is granted in its entirety;

2. The property of the estate constituting GMACCC's Collateral, as more fully described in the Motion, is of inconsequential value and no benefit to the estate, and, accordingly, is abandoned[1];

3. The rights and remedies of GMACCC and Aviation Distributors, Inc., the debtor in the instant Chapter 7 proceeding (the "Debtor"), to the Collateral shall be determined in accordance with the Documents attached as Exhibits "A" through "J" to the Motion and applicable law.

////////////////////////////////////////
////////////////////////////////////////
////////////////////////////////////
////////////////////////////////
////////////////////////////////
////////////////////////////
////////////////////////
////////////////////

---

[1] All capitalized terms herein not otherwise defined are as defined in the Motion.

20414728v1                                      - 1 -

4. Notwithstanding the granting of the Motion, GMACCC shall not by any act, delay, indulgence, omission or otherwise be deemed to have released, waived or modified any rights or remedies it may have as to the Debtor or any third party, or to have acquiesced to any default or event of default under any document, instrument or agreement between the Debtor, or any other person or entities, and GMACCC.

DATED: 12/6/02 ~~November ____, 2002~~

THE HONORABLE ROBERT W. ALBERTS
UNITED STATES BANKRUPTCY
COURT JUDGE

RESPECTFULLY SUBMITTED BY:
PILLSBURY WINTHROP LLP

By: _____
Craig A. Barbarosh
Catherine D. Meyer
Nadine J. Youssef
Counsel to Secured Creditor
GMAC COMMERCIAL CREDIT LLC

20414728v1

- 2 -

## CERTIFICATE RE NOTICE

The undersigned attorney hereby certifies that:

1. The entities served as set forth in the annexed proof of service are all of the entities required by applicable law to be served with the pleading(s) referred to therein; and

2. The names and addresses of such entities set forth in the annexed proof of service are their correct names and addresses according to the records of the United States Bankruptcy Court for the case specified below in which such proof of service is to be filed.

The undersigned hereby acknowledges that this Certificate is filed in compliance with Bankruptcy Rule 9011(a) and may be relied upon by the Bankruptcy Court for the purpose of determining whether each pleading which is the subject of such proof of service has been properly served.

Dated: November 18, 2002

Nadine J. Youssef

Case Name:    In re Aviation Distributors, Inc.
Case Number: SA 02-17605-RA

20414184v1

- 1 -

Docket No. SA 02 17605 RA

PROOF OF SERVICE BY MAIL

I, Diane Barraza, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On November 19, 2002, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly [PROPOSED] ORDER ON MOTION OF GMAC COMMERCIAL CREDIT LLC FOR ORDER TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of November, 2002, at Los Angeles, California.

*/s/ Diane Barraza*
Diane Barraza

20414192v1

## SERVICE LIST

1
2
3  Debtor
   Gary Brookshire
4  Aviation Distributors, Inc.
   One Capital Drive
5  Lake Forest, CA 92630-2203
6
   Chapter 7 Trustee
7  James Joseph
   411 West Fourth Street, Suite 9041
8  Santa Ana, CA 92701-8000
9
   Counsel for Debtor
10 William S. Brody, Esq.
   Bernard D. Bollinger, Jr., Esq.
11 Buchalter Nemer Fields & Younger
   601 South Figueroa Street, Suite 2400
12 Los Angeles, CA 90017-5704
13
   U.S. Trustee
14 Office of the U.S. Trustee
   411 West Fourth Street, Suite 9041
15 Santa Ana, CA 92701-8000
16
17
18
19
20
21
22
23
24
25
26
27
28

20414192v1

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re  Aviation Distributors, Inc.,     | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER  SA 02-17605 RA |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

   ORDER ON MOTION OF GMAC COMMERCIAL CREDIT LLC FOR ORDER TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE

   was entered on *(specify date)*:  DEC - 9 2002

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):  DEC - 9 2002


Dated DEC - 9 2002

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

Debtor
Gary Brookshire
Aviation Distributors, Inc.
One Capital Drive
Lake Forest, CA 92630-2203

Chapter 7 Trustee
James Joseph
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Counsel for Debtor
William S. Brody, Esq.
Bernard D. Bollinger, Jr., Esq.
Buchalter Nemer Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

U.S. Trustee
Office of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Counsel for Secured Creditor
GMAC Commercial Credit LLC
Nadine Youssef, Esq.
PILLSBURY WINTHROP LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406